```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

1:04-CR-5075 AWI

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

FUTHLE NAGI,

       Defendant.
       _____/

No.  CR05-00122 SBA

ORDER PERMITTING TEMPORARY RELEASE OF PASSPORT

    Upon the request of defendant Futhle Nagi and good cause appearing therefor,

    IT IS HEREBY ORDERED that Futhle Nagi's passport be released from the Clerk of the Court, Eastern District of California, 1130 "O" Street, Rm. 5000, Fresno, California 93721, and personally provided to defense investigator, Sandy Glickman, California P.I. License 16740, P.O. Box 19107, Fresno, CA 93790, tel: 559-438-4442, no later than August 17, 2005, and said passport is to be surrendered to the Clerk of the Court, Northern District of California no later than August 23, 2005.

    Dated: August 11, 2005

                                              Wayne D. Brazil
                                        U.S. District Court Judge

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: 8-11-05
RICHARD W. WIEKING, Clerk
By: _____, Deputy Clerk

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331